UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FANGZEN HUANG,

Petitioner,

v.

JUDITH ALMODOVAR, et al.,

Respondents.

---

25-CV-9346 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

For the reasons stated in this Court's Opinion and Order in *Lopez Benitez v. Francis*, ---
F. Supp. 3d ---, 2025 WL 2371588 (S.D.N.Y. August 13, 2025), and in light of Respondents'
concession that *Lopez Benitez* "would control the result in this case if the Court adheres to [it],"
*see* ECF No. 7 at 3, it is hereby **ORDERED** that the Petition is **GRANTED** and that Petitioner
be released from custody no later than 5 p.m. on November 19, 2025.  The conference previously
scheduled for November 19, 2025 is cancelled.  Respondents shall certify compliance with this
Order with a filing on the docket.  An opinion will follow.

SO ORDERED.

Dated: November 18, 2025
       New York, New York

_____
       DALE E. HO
United States District Judge