UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FANGZENG HUANG,

                         Petitioner,                25 **CIVIL** 9346 (DEH)

      -against-                                 **JUDGMENT**

JUDITH ALMODOVAR ET AL.,

                         Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 25, 2025, Mr. Huang's Petition is GRANTED. Dozens of courts have rejected the positions taken by Respondents in this case. Yet the Government continues to engage in such random and arbitrary detentions of noncitizens who simply comply with their legal responsibilities by attending their regularly scheduled immigration court proceedings, in contravention of the basic guarantees of constitutional due process.

Respondents are further ENJOINED from re-detaining Mr. Huang without a valid exercise of discretion consistent with this Order. Cf. Hyppolite v. Noem, 25 Civ. 4304, 2025 WL 2829511, at *16 (E.D.N.Y. Oct. 6, 2025). It is further ORDERED that Respondents are ENJOINED from denying bond to Mr. Huang in any subsequent proceeding on the basis that he must be detained pursuant to: (1) 8 U.S.C. § 1225(b), or (2) 8 U.S.C. § 1226(c) absent a change in relevant circumstances consistent with this Order; and it is further ORDERED that, if Mr. Huang is granted bond, Respondents are ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2). Aguilar Lares, 25 Civ 01562, ECF No. 19, Order.

**DATED:**  New York, New York
           November 26, 2025

                                     **TAMMI M. HELLWIG**
                                      **Clerk of Court**

                      BY:             
                                      **Deputy Clerk**